**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **DANA ROSS STEGALL,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 06-00762-WS-B** |
| **JIMMY JOHNSON,** *et al.*, | : | |
| Defendants. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a <u>de</u> <u>novo</u> determination of those portions of the Report and Recommendation to which objection is made[1], the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order**.**

**DONE** this 24th day of October, 2007.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE

---

[1] In plaintiff's objection to the Report and Recommendation, plaintiff contends that he has paid the filing fee and in support of that contention offers copies of two money orders sent to this Court.  However, at plaintiff's direction, these money orders were applied to the filing fees in two unrelated actions filed by plaintiff (Civil Action Number 06-761 and 06-841).  To date, plaintiff has not paid the filing fee in the present action and is in violation of this Court's Order as set forth in the Report and Recommendation.